JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Carolyn Corpuz,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:19-cv-02401-AC<br><br>STIPULATION AND (~~PROPOSED~~) ORDER FOR SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 05/31/2020 to 06/30/2020, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.  This is Plaintiff's second request for an extension of time.  Good cause exists for this request.

　　　　As with most organizations, COVID-19 has taken a toll on the regular course of business within Counsel's office. As a result of the various executive orders throughout Fresno County and the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.   The Office of Hearings Operations is still conducting telephonic hearings.  As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to

1

the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support. Additionally, Counsel requires that his staff self-quarantine when COVID-19 symptoms appear, thus further reducing support necessary to timely and efficiently process the workload.

Additionally, the week of 05/24/2020, Plaintiff's Counsel had 14 administrative hearings, 1 reply brief, 1 merits brief and 2 opening briefs due. The week of 05/31/2020, Plaintiff's Counsel had 23 administrative hearings, 1 hearing preparation appointments with claimant, 1 reply brief, 1 motion for summary judgement and 4 opening briefs. Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: May 15, 2020           PENA & BROMBERG, ATTORNEYS AT LAW


                              By: */s/ Jonathan Omar Pena*
                                  JONATHAN OMAR PENA
                                  Attorneys for Plaintiff


Dated: May 15, 2020           MCGREGOR W. SCOTT
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration


                              By:  */s/ Daniel P.Talbert*
                                   Daniel P. Talbert
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant
                                   (*As authorized by email on 05/15/2020)

**(PROPOSED) ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: May 15, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE