McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAROLYN PARAGAS CORPUZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-02401-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF THIRTY DAYS FOR DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

    The parties stipulate by counsel that Defendant shall have an extension of thirty days, until August 31, 2020, to file his cross-motion for summary judgment (the thirtieth day, August 29, 2020, is a Saturday). Good cause exists for this extension, as explained below.

    Since the filing of Plaintiff's motion for summary judgment on June 30, 2020, counsel for Defendant has been responsible for drafting four answering briefs in cases before the Ninth Circuit Court of Appeals (*Caldwell v. Saul*, No. 19-17358; *Khan v. Saul*, No. 19-17473; *Raquinio v. Saul*, No. 20-16114; and *Kiss v. Saul*, No. 20-15932), three briefs in district court cases (*Thomas v. Commissioner*, E.D. Cal. 2:19-cv-01774-DMC; *Matias v. Saul*, D. Haw. 1:19-cv-00575-LEK-KJM; and *Smith v. Commissioner*, E.D. Cal. 1:19-cv-01085-SKO), and an oral

argument before the Fresno Division of this Court (*Hayer v. Commissioner*, E.D. Cal. 1:19-cv-00297-EPG).  In addition, counsel for Defendant was out of the office for two days this month to attend a funeral out of state.  Counsel for Defendant also serves as a reviewer for other attorneys in his office, which occupies significant portions of his time as well. For all these reasons, Defendant requests an extension of thirty days to file his cross-motion for summary judgment. Plaintiff's counsel has no objection to this request.

     Respectfully submitted July 28, 2020.

DATED: July 28, 2020

*/s/ Jonathan Pena*
JONATHAN PENA
(as authorized by email)
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney

DATED: July 28, 2020    By  *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

    Good cause appearing, Defendant is granted an additional thirty days to file his cross-motion for summary judgment, which is now due August 31, 2020.

DATE: July 29, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2